# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FIRST MAGNUS FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TYSON RONDEAU and JANE DOE RONDEAU, Husband and Wife, *et al.*,<br><br>Defendants. | No. 2:07-CV-00132-JCM-PAL<br><br>**JUDGMENT UNDER RULE 54(b)** |

This court has previously dismissed all of Plaintiff's claims against Defendants Grand Canyon Title Agency, Inc., Tiffany Tinkham and John Doe Tinkham;

IT IS THEREFORE ADJUDGED AND DECREED that judgment be immediately entered in favor of Defendants Grand Canyon Title Agency, Inc. Tiffany Tinkham and John Doe Tinkham pursuant to Rule 54(b), Fed. R. Civ. P. The court finds that there is no just reason to further delay entry of Judgment at this time.

DATED: August 9, 2011.

_____
UNITED STATES DISTRICT JUDGE

3861747v1(42127.13)