# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| FIRST MAGNUS FINANCIAL CORPORATION, | 2:07-CV-132- JCM (PAL) |
|---|---|
| Plaintiff, | Date: N/A<br>Time: N/A |
| v. | |
| TYSON RONDEAU and JANE DOE RONDEAU, Husband and Wife, et al., | |
| Defendants. | |

## ORDER

Presently before the court is plaintiff First Magnus Financial Corporation's motion for oral argument. Defendants have not filed a response.

This court initially dismissed plaintiffs' suit on November 23, 2009 pursuant to Federal Rule of Civil Procedure 41(b) and local rule of the District of Nevada 41-1. (Doc. #248). On May 24, 2011, the Ninth Circuit issued its mandate reversing and remanding this court's dismissal to determine whether, under the factors outlined in *Henderson v. Duncan*, 779 F.2d 142, 1423 (9th Cir. 1986), the matter should be dismissed.

The parties' original briefs concerning the motion to dismiss pursuant to Rule 41(b) did not address the five *Henderson* factors. Plaintiff requests this court hold a hearing to enable the parties the opportunity to argue the applicability of the *Henderson* factors.

**James C. Mahan**
**U.S. District Judge**

1    Good cause appearing,

2    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, plaintiff First Magnus

3  Financial Corporation's motion for oral argument (doc. #271) be, and the same hereby is,

4  GRANTED.

5    IT IS FURTHER ORDERED that this court's order dismissing the complaint with prejudice

6  (doc. #248) is VACATED and a hearing on the motion to dismiss shall be held on November 1, 2011

7  at 10:30 a.m.

8    IT IS FURTHER ORDERED that the parties submit supplemental briefs explaining

9  their position on the applicability of the *Henderson* factors no later than seven calendar days prior

10  to the hearing.

11   DATED this 4th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -