RONALD J. THOMPSON, ESQ.
Nevada Bar No. 5524
WILLIAM N. MILLER, ESQ.
Nevada Bar No. 11658
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
E-mail: rthompson@nevadafirm.com
E-mail: wmiller@nevadafirm.com

TODD A. BURGESS, ESQ.
(admitted *Pro Hac Vice*)
GALLAGHER & KENNEDY, P.A.
2575 E. Camelback Rd., Suite 1100
Phoenix, Arizona 85016
Telephone:    602/530-8050
E-mail: todd.burgess@gknet.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MORRIS C. AARON, Liquidating Trustee of the First Magnus Liquidating Trust, real party in interest for FIRST MANGUS FINANCIAL CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>CARA MARIA GUDELIS and JOHN DOE GUDELIS, a married couple; RUDOLF STRAAT and JANE DOE STRAAT, a married couple; PAUL HILL, SR. and JANE DOE HILL, a married couple; PAUL HILL, II and JANE DOE HILL, a married couple; MICHAEL MULLINS and JANE DOE MULLINS, a married couple; DWAYNE R. SMITH and JANE DOE SMITH, a married couple; TIMOTHY ENGEN and JANE DOE ENGEN, a married couple; OPTIONS ARE US, INC., a Nevada corporation; PANTHER INVESTMENTS, a Nevada entity; FAT CAT REAL ESTATE, LLC, a Nevada limited liability company; NUTEX CONSTRUCTION, INC., a Nevada Corporation; ACCURATE ACCOUNTING AND INNOVATIVE TAX SERVICE, a dissolved Michigan corporation; KELSEY, LLC, a Nevada limited liability company; SW CAPITAL CORPORATION, a Nevada or Texas entity; ACE APPRAISALS | CASE NO. 2:07-CV-00132-JCM-PAL<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>Hearing Date:  November 1, 2011<br>Hearing Time:  10:30 a.m. |

09378-01/816595.doc

1   CORPORATION, a Nevada corporation;
    STODDARD & ASSOCIATES, a Nevada
2   corporation; COMMONWEALTH LAND TITLE
    COMPANY, a Nevada corporation; LAWYERS
3   TITLE OF NEVADA, INC., a Nevada
    corporation,
4
                    Defendants.
5
    _____

6           THIS MATTER COMES BEFORE THE COURT pursuant to the June 15, 2011 Mandate

7   of the United States Court of Appeals, Ninth Circuit [Dkt. 270], reversing the Court's Order

8   Granting Motion to Dismiss [Dkt. 248] and remanding for further proceedings on the Motion to

9   Dismiss Action with Prejudice and on the Merits Pursuant to Rule 41(b) of the Fed. R. Civ. P.

10  and LR 41-1 (the "Motion to Dismiss") [Dkt. 221] filed by Defendants Advance Title, First

11  American Title Insurance Company, Carol Bragdon, and Tara Monjure, which was joined by

12  Defendants Cara Maria Gudelis, Panther Investments, Rudolph Straat and Options Are Us, Inc.

13  [Dkt. 223], Joseph Appraisal Group Nevada and Maria Miller [Dkt. 226], Camelback Title

14  Agency, Priscilla Cruz, and John F. Cruz [Dft. 229], Brian Haneline, Malissa Lang, and Ace

15  Appraisals Corporation [Dkt. 233], Commonwealth Land Title and Lawyers Title of Nevada

16  [Dkt. 241], and Definitive Appraisals, Inc., and Jennifer Sagers [Dkt. 246].

17          In accordance with the Court's October 4, 2011 Order, Plaintiff Morris C. Aaron,

18  Liquidating Trustee of the First Magnus Liquidating Trust, and real party in interest for First

19  Magnus Financial Corporation [Dkt. 297], Defendants Commonwealth Land Title Insurance

20  Company and Lawyers Title of Nevada [Dkt. 294], and Defendants Ace Appraisals, Corp., Brian

21  Haneline, and Malissa Lang [Dkt. 296] each filed supplemental briefs regarding their respective

22  views on the application of the facts of this case to the analysis of the factors identified in the

23  Ninth Circuit's decision in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986).   On

24  November 1, 2011, the Court heard oral argument on the Motion to Dismiss [Dkt. No. 221].

25  Based on all of the foregoing, and the entire record before the Court, for the reasons stated on the

26  record during the November 1, 2011 hearing, and good cause appearing,

27          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss

28  [Dkt. 221], and all joinders thereto, are denied without prejudice; and

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

SDW

- 2 -

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all defendants in this

2  action shall have twenty (20) days from the date of this Order to file an answer or other pleading

3  responsive to Plaintiff's Second Amended Complaint [Dkt. 295].

4

5  _____
   UNITED STATES DISTRICT JUDGE

6  DATED: November 10, 2011

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

SDW

- 3 -

09378-01/816595.doc