## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST MAGNUS FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>TYSON RONDEAU and JANE DOE RONDEAU, Husband and Wife, et al.,<br><br>    Defendants. | 2:07-CV-132- JCM (PAL)<br><br>Date:        N/A<br>Time:        N/A |

### ORDER

Presently before the court is defendants Lawyers Title of Nevada, Inc. and Commonwealth Land Title Insurance Company's motion for entry of final judgment pursuant to Fed. R. Civ. P. 54(b). (Doc. #342). Defendant Ace Appraisals has filed a joinder (Doc. #344).

This court notes that the motion for entry of final judgment is not accompanied by a signed certificate of service. Pursuant to the local rules of this district,

> All papers required or permitted to be served shall have attached when presented for filing a written proof of service. The proof shall show the day and manner of service and the name of the person served. Proof of service may be by written acknowledgement [sic] of service or certificate of the person who made service. The court may refuse to take action on any papers until proper proof of service is filed.

LR 5-1(a).

In accordance with the rule, this court denies taking action on the motion until proper proof of service is filed.

**James C. Mahan**
**U.S. District Judge**

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendants Lawyers Title of Nevada, Inc. and Commonwealth Land Title Insurance Company's motion for entry of final judgment (doc. #342) be, and the same hereby is, DENIED.

DATED this 19th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -