# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIRST MAGNUS FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TYSON RONDEAU and JANE DOE RONDEAU, Husband and Wife, et al.,<br><br>Defendants. | 2:07-CV-132- JCM (PAL) |

### ORDER

Presently before the court is defendants Lawyers Title of Nevada, Inc. and Commonwealth Land Title Insurance Company's motion for entry of final judgment pursuant to Fed. R. Civ. P. 54(b). (Doc. #342). The court previously denied the motion for failure to provide a signed certificate of service. (Doc. #345). Subsequent to this court's order denying the motion for entry of final judgment, counsel fo the moving defendants filed an errata, explaining the failure and providing the signed certificate of service. (Doc. #347). All parties were properly served with the present motion on March 12, 2012. Defendant Ace Appraisals has filed a joinder to the motion for final judgment. (Doc. #344). Plaintiff has failed to file an opposition.

The court granted summary judgment to defendants Lawyers Title of Nevada, Commonwealth Land Title Insurance Company, and Ace Appraisals pursuant to the economic loss doctrine on February 24, 2012. As all claims relating to these defendants have been decided, and

**James C. Mahan**
**U.S. District Judge**

1 there being no just reason for delay, final judgment pursuant to Fed. R. Civ. P. 54(b) as to the
2 aforementioned defendants is appropriate.
3     Accordingly,
4     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that defendants Lawyers Title
5 of Nevada, Inc. and Commonwealth Land Title Insurance Company's motion for entry of final
6 judgment (doc. #342) be, and the same hereby is, GRANTED.
7     IT IS FURTHER ORDERED that defendants' second motion for entry of final judgment
8 (doc. #346) be, and the same hereby is, VACATED as it is duplicative of the instant motion.
9     DATED April 6, 2012.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -