| | |
|---|---|
| 1 | RONALD J. THOMPSON, ESQ. |
|   | Nevada Bar No. 5524 |
| 2 | WILLIAM N. MILLER, ESQ. |
|   | Nevada Bar No. 11658 |
| 3 | COTTON, DRIGGS, WALCH, |
|   | HOLLEY, WOLOSON & THOMPSON |
| 4 | 400 South Fourth Street, Third Floor |
|   | Las Vegas, Nevada 89101 |
| 5 | Telephone: (702) 791-0308 |
|   | Facsimile: (702) 791-1912 |
| 6 | |
| 7 | TODD A. BURGESS, ESQ. (Arizona Bar No. 19013) |
|   | GALLAGHER & KENNEDY, P.A. |
| 8 | 2575 East Camelback Rd. |
|   | Phoenix, Arizona 85016 |
|   | Telephone: (602) 530-8000 |
| 9 | Facsimile: (602) 530-8500 |
|   | Email:   todd.burgess@gknet.com |
| 10 | *Admitted Pro Hace Vice* |
| 11 | *Attorneys for Plaintiff* |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MORRIS C. AARON, Liquidating Trustee of the First Magnus Liquidating Trust, real party in interest for FIRST MANGUS FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CARA MARIA GUDELIS and JOHN DOE GUDELIS, a married couple; RUDOLF STRAAT and JANE DOE STRAAT, a married couple; PAUL HILL, SR. and JANE DOE HILL, a married couple; PAUL HILL, II and JANE DOE HILL, a married couple; MICHAEL MULLINS and JANE DOE MULLINS, a married couple; DWAYNE R. SMITH and JANE DOE SMITH, a married couple; TIMOTHY ENGEN and JANE DOE ENGEN, a married couple; OPTIONS ARE US, INC., a Nevada corporation; PANTHER INVESTMENTS, a Nevada entity; FAT CAT REAL ESTATE, LLC, a Nevada limited liability company; NUTEX CONSTRUCTION, INC., a Nevada Corporation; ACCURATE ACCOUNTING AND INNOVATIVE TAX SERVICE, a dissolved Michigan corporation; KELSEY, LLC, a Nevada limited liability | NO. 2:07-CV-00132-JCM-PAL<br><br>**NOTICE OF SETTLEMENT AND STIPULATED MOTION TO DISMISS MATTER WITH PREJUDICE AS TO DEFENDANT ACE APPRAISALS CORPORATION** |

09378-01/973270.doc

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | company; SW CAPITAL CORPORATION, a Nevada or Texas entity; ACE APPRAISALS CORPORATION, a Nevada corporation; STODDARD & ASSOCIATES, a Nevada corporation; COMMONWEALTH LAND TITLE COMPANY, a Nevada corporation; LAWYERS TITLE OF NEVADA, INC., a Nevada corporation,<br><br>                              Defendants. |

### NOTICE OF SETTLEMENT AND STIPULATED MOTION TO DISMISS MATTER WITH PREJUDICE AS TO DEFENDANT ACE APPRAISALS CORPORATION

Pursuant to FED. R. CIV. P. 41(a) and L.R. 7-1, and in accordance with the terms of a Settlement Agreement entered into between Plaintiff Morris C. Aaron, Liquidating Trustee of the First Magnus Liquidating Trust, and real party in interest for First Magnus Financial Corporation (the "Plaintiff") and Defendant Ace Appraisals Corporation ("Ace Appraisals") (Plaintiff and Ace Appraisals will be collectively referred to as the "Parties"), the Parties, by and through their respective undersigned counsel, hereby provide notice to this Court that the Parties have settled all claims between them and jointly move for an order of dismissal with prejudice of this proceeding filed by Plaintiff **as to only** those claims against Ace Appraisals.  This Notice of Settlement and Stipulated Motion to Dismiss Matter with Prejudice as to Defendant Ace Appraisals Corporation (the "Notice") neither includes nor applies to any of the remaining defendants or any of Plaintiff's claims against such remaining parties.

. . .

. . .

. . .

. . .

. . .

. . .

- 2 -

09378-01/973270.doc

Accordingly, the Parties respectfully requests that this Court enter an order dismissing with prejudice all claims against Ace Appraisals **only**, each party to bear its own costs and fees. Further, and in accordance with the terms of the Settlement Agreement executed by and between the Parties, this Court shall retain jurisdiction to enforce the Settlement Agreement, if necessary.

DATED this 19th day of November, 2012.

| | |
|---|---|
| **COTTON, DRIGGS, WALCH HOLLEY, WOLOSON & THOMPSON** | **MORRIS POLICH & PURDY LLP** |
| /s/ William N. Miller | /s/ Nicholas M. Wieczorek |
| Ronald J. Thompson, Esq. (NNB 5524) William N. Miller, Esq. (NBN 11658) 400 South Fourth Street, Third Floor Las Vegas, Nevada 89101 | Nicholas M. Wieczorek (NBN 6170) 3883 Howard Hughes Parkway, Suite 560 Las Vegas, Nevada 89169 *Attorneys for Defendant Ace Appraisals Corp.* |

GALLAGHER & KENNEDY, P.A.
Todd A. Burgess, Esq. (AZ Bar No. 19013)
Admitted *Pro Hace Vice*
2575 East Camelback Rd.
Phoenix, Arizona 85016

*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED November 20, 2012.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

09378-01/973270.doc