1  RONALD J. THOMPSON, ESQ.
   Nevada Bar No. 5524
2  WILLIAM N. MILLER, ESQ.
   Nevada Bar No. 11658
3  COTTON, DRIGGS, WALCH,
   HOLLEY, WOLOSON & THOMPSON
4  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
5  Telephone: (702) 791-0308
   Facsimile:  (702) 791-1912
6
   TODD A. BURGESS, ESQ. (Arizona Bar No. 19013)
7  GALLAGHER & KENNEDY, P.A.
   2575 East Camelback Rd.
8  Phoenix, Arizona 85016
   Telephone: (602) 530-8000
9  Facsimile:  (602) 530-8500
   Email:       todd.burgess@gknet.com
10 *Admitted Pro Hace Vice*

11 *Attorneys for Plaintiff*

12              **UNITED STATES DISTRICT COURT**

13                  **DISTRICT OF NEVADA**

14

| | |
|---|---|
| MORRIS C. AARON, Liquidating Trustee of the First Magnus Liquidating Trust, real party in interest for FIRST MANGUS FINANCIAL CORPORATION, | NO. 2:07-CV-00132-JCM-PAL |
| Plaintiff, | **DEFAULT JUDGMENT AGAINST DEFENDANTS CARA MARIA GUDELIS, RUDOLF STRAAT, PAUL HILL, SR., MICHAEL MULLINS, DWAYNE R. SMITH, TIMOTHY ENGEN, OPTIONS ARE US, INC., PANTHER INVESTMENTS, FAT CAT REAL ESTATE, LLC, NUTEX CONSTRUCTION, INC., KELSEY, LLC, AND STODDARD & ASSOCIATES** |
| v. | |
| CARA MARIA GUDELIS and JOHN DOE GUDELIS, a married couple; RUDOLF STRAAT and JANE DOE STRAAT, a married couple; PAUL HILL, SR. and JANE DOE HILL, a married couple; PAUL HILL, II and JANE DOE HILL, a married couple; MICHAEL MULLINS and JANE DOE MULLINS, a married couple; DWAYNE R. SMITH and JANE DOE SMITH, a married couple; TIMOTHY ENGEN and JANE DOE ENGEN, a married couple; OPTIONS ARE US, INC., a Nevada corporation; PANTHER INVESTMENTS, a Nevada entity; FAT CAT REAL ESTATE, LLC, a Nevada limited liability company; NUTEX CONSTRUCTION, INC., a Nevada Corporation; ACCURATE ACCOUNTING AND INNOVATIVE TAX SERVICE, a dissolved Michigan corporation; KELSEY, LLC, a Nevada limited liability | |

                                - 1 -
09378-01/1238712

company; SW CAPITAL CORPORATION, a Nevada or Texas entity; ACE APPRAISALS CORPORATION, a Nevada corporation; STODDARD & ASSOCIATES, a Nevada corporation; COMMONWEALTH LAND TITLE COMPANY, a Nevada corporation; LAWYERS TITLE OF NEVADA, INC., a Nevada corporation,

Defendants.

## DEFAULT JUDGMENT AGAINST DEFENDANTS CARA MARIA GUDELIS, RUDOLF STRAAT, PAUL HILL, SR., MICHAEL MULLINS, DWAYNE R. SMITH, TIMOTHY ENGEN, OPTIONS ARE US, INC., PANTHER INVESTMENTS, FAT CAT REAL ESTATE, LLC, NUTEX CONSTRUCTION, INC., KELSEY, LLC, AND STODDARD & ASSOCIATES

Plaintiff Morris C. Aaron, Liquidating Trustee of the First Magnus Liquidating Trust, and real party in interest for First Magnus Financial Corporation (the "Plaintiff"), by and through its undersigned counsel, having filed its Application for Default Judgment against Defendants Cara Maria Gudelis, Rudolf Straat, Paul Hill, Sr., Michael Mullins, Dwayne R. Smith, Timothy Engen, Options Are Us, Inc., Panther Investments, Fat Cat Real Estate, LLC, Nutex Construction, Inc., Kelsey, LLC, and Stoddard & Associates (the "Application") on October 17, 2013 [Dkt. No. 387], the Court having reviewed the pleadings and papers submitted in support of the Application and the papers and pleadings on file herein, and thereafter, the Court having entered its Order on February 18, 2014 [Dkt. No. 388], wherein the Court granted the Application in its entirety, it is ORDERED, ADJUDGED, AND DECREED that:

Judgment is hereby entered in favor of Plaintiff and against Defendants Cara Maria Gudelis, Rudolf Straat, Paul Hill, Sr., Michael Mullins, Dwayne R. Smith, Timothy Engen, Options Are Us, Inc., Panther Investments, Fat Cat Real Estate, LLC, Nutex Construction, Inc., Kelsey, LLC, Stoddard & Associates (collectively the "Defendants"), jointly and severally, the total sum of **$5,712,071.86** broken down as follows:

1. Compensatory damages against the Defendants, jointly and severally, in the amount of $1,051,116.95;

. . .

- 2 -

09378-01/1238712

2.  Damages resulting from Defendants' disgorging profits in the total amount of $376,739.00;

3.  Punitive damages in the amount of $4,283,567.85; and

4.  Costs incurred in the prosecution of this action in the amount of $648.06.

Additionally, to this amount, **$5,712,071.86**, Plaintiff is awarded post-judgment interest from the date of entry of this Default Judgment against the Defendants at the maximum rate permitted by law until all sums are paid in full.

IT IS SO ORDERED.

DATED March 17, 2014.

_____

UNITED STATES DISTRICT JUDGE

09378-01/1238712