UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MORRIS C. AARON,<br><br>                Plaintiff,<br><br>vs.<br><br>CARA MARIA GUDELIS, et al.,<br><br>                Defendants. | Case No. 2:07-cv-00132-JCM-PAL<br><br>**ORDER**<br><br>(Mtn to Remove - Dkt. #393) |

This matter is before the court on John P. Torgenson's Motion for Removal from Electronic Distribution List (Dkt. #393) filed March 17, 2014.  Mr. Torgenson represents that he is no longer associated with the law firm Farhang & Medcoff, counsel of record for Plaintiff in this case.  He no longer represents Plaintiff, and the Motion requests he be removed from the court's electronic service list in this matter.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that the Motion for Removal (Dkt. #393) is GRANTED.  The Clerk of the Court shall remove Mr. Torgenson from the electronic service list in this case.

Dated this 18th day of March, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE